IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

NATHANIEL TURNER, )
       Petitioner, )
   v. ) C.A. No. 08-302 Erie
    )
MICHAEL C. BARONE, et al, )
       Respondents. )

## MEMORANDUM ORDER

This petition for writ of habeas corpus was received by the Clerk of Court on October 30, 2008, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The magistrate judge's report and recommendation, filed on December 4, 2008, recommended that the petition for writ of habeas corpus be transferred to the Eastern District of Pennsylvania. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail at SCI Albion, where he is incarcerated, and on Respondent. No objections were filed. After de novo review of the petition and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 30th Day of January, 2009;

IT IS HEREBY ORDERED that the petition for writ of habeas corpus be transferred to the Eastern District of Pennsylvania.

The report and recommendation of Magistrate Judge Baxter, dated December 4, 2008, is adopted as the opinion of the court.

                                                     _/s/ Maurice B. Cohill, Jr._
                                                     MAURICE B. COHILL, JR.
                                                     United States District Judge

cc:    Susan Paradise Baxter
        U.S. Magistrate Judge

        all parties of record